ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
ANSOL, Inc. ) ASBCA Nos. 59704, 60153, 60711
)
Under Contract No. N000178-05-D-4180 *et al.* )

APPEARANCES FOR THE APPELLANT: Kevin J. Slattum, Esq.
Mary E. Buxton, Esq.
  Pillsbury Winthrop Shaw Pittman LLP
  Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
  Srikanti Schaffner, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Chantilly, VA

ORDER OF DISMISSAL

Pursuant to appellant's 9 May 2017 motion to dismiss the above-captioned appeals with prejudice, which indicates that the motion was filed pursuant to a settlement agreement between the parties and that counsel for the government concurs in the request, the above-captioned appeals are hereby dismissed with prejudice.

Dated: 19 May 2017

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59704, 60153, 60711, Appeals of ANSOL, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals